# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED** |
| V. | **WARRANT FOR ARREST** |
| CRAIG AUSTIN LANG | CRIMINAL CASE: 5:19-CR-00331-1BO(4) |

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**CRAIG AUSTIN LANG** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Commit Passport Fraud
Count 2 - 18 U.S.C. §§ 1542 and 2: Passport Fraud; and Aiding and Abetting
Count 3 - 18 U.S.C. §§ 1028A(a)(1) and 2: Aggravated Identity Theft; and Aiding and Abetting
Count 6 - 18 U.S.C. §§ 1546(a) and 2: Fraud and Misuse of Visa, Permits, and Other Documents; and Aiding and Abetting
Count 8 - 42 U.S.C. § 408(A)(7)(B): False Representation of a Social Security Account Number

| | |
|---|---|
| Peter A. Moore, Jr. <br> Name of Issuing Officer | Clerk of Court <br> Title of Issuing Officer |
| *[signature]* <br> Signature of Issuing Officer by Deputy Clerk | AUGUST 20, 2019 - RALEIGH, NORTH CAROLINA <br> Date and Location |

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at <br> FORT MYERS, FL | | |
| DATE RECEIVED <br> 5/31/24 <br> DATE OF ARREST <br> 6/3/24 | NAME AND TITLE OF ARRESTING OFFICER <br> RICARDO RODRIGUEZ <br> SDUSM | NAME AND TITLE OF ARRESTING |

**FILED**

JUN 0 3 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK